STATE OF NEW YORK

COUNTY OF ______

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Star Funding, Inc.,

Plaintiff (s),

VS

Vault Minerals, LLC, Chris J. Dellinges, J. Edward Martin and Tire Centers, LLC d/b/a TCI Tire Centers,

Defendant (s),

## AFFIDAVIT OF SERVICE

C. A. NO.: 15 CV 3026

**PERSONALLY PREPARED BEFORE ME, the undersigned, who being duly sworn states that he arrived at** 310 Ingelsby Parkway, Duncan, SC 29334 **at** 10:17 am **on** Monday **the** 27th **day of** April, 20 15 **and performed service of**

☐ Amended ☐ Countersigned

☒ Summons ☐ Letter ☐ Petition ☐ Rule to Show Cause
☒ Complaint ☐ Affidavit ☐ Order
☐ Lis Pendens ☐ Subpoena ☐ Motion

☒ Civil Cover Sheet; Electronic Case Filing Rules and Instructions,

☒ Individual Rules and Practices of Judge George B. Daniels

**in this action on** Tire Centers, LLC d/b/a TCI Tire Centers

☐ by delivery tohim personally,

☐ by delivery to ______ who is authorized to receive service on behalf of ______,

☐ by delivery to ______ a custodial parent or legal guardian,

☐ by delivery to ______ a person of discretion residing in the same residence and present at the time of the service,

☐ by delivery to ______ a person of discretion at his place of employment and present at this place of employment at the time of service,

☐ by delivery to ______ as the registered agent,

☒ by delivery to Laurie Burrell, Case Administrator, a representative of Tire Centers, LLC d/b/a TCI Tire Centers who is authorized to receive service on their behalf,

☐ by delivery to ______ as their attorney,

☐ by delivery to ______ an authorized employee of their attorney or law firm,

☒ being described as: RACE White/Caucasian SEX Female AGE 46 to 55 HT 5' 0" to 5' 6" WT 100 lbs. to 150 lbs. HAIR LENGTH Shoulder COLOR Brown OTHER Glasses; served in lobby.

☐ and could not perform service because ______

Sworn to before me this 27th day of April, 20 15.
Susan S. Hines
Susan S. Hines
Notary Public for South Carolina.
My commission expires October 20, 2020.

Kevin M. Walters
Kevin M Walters
Server's Signature

Last Revised: (5/2008 mmjr).

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STAR FUNDING, INC.,

*Plaintiff,*

- against –

VAULT MINERALS, LLC, CHRIS J. DELLINGES, J. EDWARD MARTIN, and TIRE CENTERS, LLC d/b/a TCI TIRE CENTERS,

*Defendants.*

Index No.: 15-CV-3026 (GBD)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

Sheree Nobles, being duly sworn, deposes and says:

I am over the age of eighteen, not a party to the action, and reside in the County of Fairfield, State of Connecticut.

On April 20, 2015, I caused to be served a true copy of the following:

1. Summons;
2. Complaint;
3. Civil Cover Sheet;
4. Electronic Case Filing Rules & Instructions; and
5. Individual Rules and Practices of Judge George B. Daniels,

via registered mail, return receipt requested by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York to the last known mailing address of the parties listed below:

VAULT MINERALS, LLC
3308 OAK GROVE AVENUE
DALLAS, TEXAS 75204

CHRIS J. DELLINGES
7620 BISHOP DRIVE, NUMBER 6209
PLANO, TEXAS 75024

J. EDWARD MARTIN
3308 OAK GROVE AVENUE
DALLAS, TEXAS 75204

On April 20, 2015, I caused to be served a true copy of the following:

1. Summons;
2. Complaint;
3. Civil Cover Sheet;
4. Electronic Case Filing Rules & Instructions; and
5. Individual Rules and Practices of Judge George B. Daniels,

via Federal Express by depositing the same with Federal Express service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by Federal Express service for overnight delivery, to the last known mailing address of the party listed below:

VAULT MINERALS, LLC
3308 OAK GROVE AVENUE
DALLAS, TEXAS 75204

Sheree Nobles

Sheree Nobles

Sworn to before me this 30
day of April, 2015

Notary Public

ALEX SPIZZ
NOTARY PUBLIC, State of New York
No. 30-4628250
Qualified in Nassau County
Commission Expires March 30, 2019