**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



---

STAR FUNDING, INC.,

        Plaintiff,

    v.

VAULT MINERALS, LLC, CHRIS J. DELLINGES,
J. EDWARD MARTIN, TIRE CENTERS, LLC d/b/a
TCI TIRE CENTERS,

        Defendants.

ORDER

15 Civ. 3026 (GBD)

---

GEORGE B. DANIELS, United States District Judge:

There will be oral argument on Defendant Tire Centers, LLC's Motion to Dismiss during the

initial conference.  The initial conference is rescheduled to begin at 11:15 AM.

Dated: June 30, 2015
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge